Argued May 22, affirmed July 5, reconsideration denied August 16, petition for review denied December 12, 1978

GLEN DENT CONSTRUCTION, INC., *Appellant,*

*v.*

STEWART et ux, *Respondents.*

(No. A 77-403, CA 9920)

580 P2d 221

Scott M. Galenbeck, Springfield, argued the cause for appellant. With him on the brief was Lively & Wiswall, Springfield.

Fred A. A. Divita, Eugene, argued the cause for respondents. With him on the brief was Morrow & McCrea, P.C., Eugene.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Aldrich v. Forbes,* 237 Or 559, 385 P2d 618, 391 P2d 748 (1964).